IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLAY MEANS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  Case No. 2:13-cv-472-RBP-TMP |
| | ) |
| STATE OF ALABAMA; and the | ) |
| ATTORNEY GENERAL of the | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

On June 6, 2013 , the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed.  After seeking and receiving two extensions of time in which to respond, petitioner filed objections on July 17, 2013.

Having now carefully reviewed and considered *de novo* the report and recommendation and the objections, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

DONE the 25th day of July, 2013.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**